```
UNITED STATES DISTRICT COURT           USDC SDNY
SOUTHERN DISTRICT OF NEW YORK          DOCUMENT
                                       ELECTRONICALLY FILED
                                       DOC# _____
JENNIFER WELLS,                        DATE FILED: 10-29-20

                    Plaintiff,         20-cv-7041 (JGK)

       - against -                     ORDER

UNIVERSAL PROTECTION SERVICE, LLC,

                    Defendant.
```

JOHN G. KOELTL, District Judge:

The parties are instructed to file a Rule 26(f) report by November 16, 2020.

SO ORDERED.

Dated:   New York, New York
         October 29, 2020

/s/ John G. Koeltl
John G. Koeltl
United States District Judge