UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JENNIFER WELLS,

                Plaintiff,

          -against-

UNIVERSAL PROTECTION SERVICE, LLC.,

                Defendant.
-----------------------------------------------------------X

20 civ 7041 (JGK)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/2020

### ORDER

The Court, having referred this matter to mediation

The conference scheduled for December 1, 2020, at 12:30pm, is canceled..

**SO ORDERED.**

                                                  JOHN G. KOELTL
                                        **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         November 30, 2020