```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
─────────────────────────────────────

WELLS, ET AL.,

        Plaintiffs,

  - against -

UNIVERSAL PROTECTION SERVICE, LLC,

        Defendant.

20-cv-7041 (JGK)

ORDER

─────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

The parties should submit their proposed settlement agreement to the Court by February 16, 2021, together with a letter explaining why the settlement is fair, reasonable, and adequate. The letter should explain any provisions for attorney's fees, including the lodestar calculation, and the hours, billing rates, and biographies for the attorneys seeking fees.

**SO ORDERED.**

Dated:    New York, New York
            February 1, 2021

                                      /s/ John G. Koeltl
                                           John G. Koeltl
                              **United States District Judge**