

**Evan S. Weiss**
Attorney at Law
(404) 909-8100
Eweiss@martensonlaw.com

February 16, 2021

<u>Via ECF</u>
The Hon. John G. Koeltl
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *Jennifer Wells v. Universal Protection Service, LLC, et al.*
              Civil Case No. 1:20-cv-7041-JGK
              **Letter Regarding Extension of Deadline**

Judge Koeltl:

      Counsel for the Plaintiff, Jennifer Wells, and Defendant, Universal Protection Service, LLC d/b/a Allied Universal Security Services ("Allied Universal"), have conferred regarding the above-captioned matter. The parties would like to request an additional two weeks to finalize and submit the settlement agreement and accompanying letter. Per this Court's order dated February 1, 2021, [Doc. 19], the current deadline is February 16, 2021. The parties have not sought any previous adjournments of this deadline.

      Respectfully,

_____      /s/ Evan S. Weiss_____
Abdul K. Hassan, Esq.                            Evan S. Weiss
Abdul Hassan Law Group, PLLC            **MARTENSON, HASBROUCK & SIMON, LLP**
**215-28 Hillside Avenue**               2573 Apple Valley Road NE
Queens Village, NY 11427              Atlanta, GA 30319
(718) 740-1000                                  (404) 909-8111
(718) 740-2000                                  (404) 909-8120 (facsimile)
Abdul@abdulhassan.com                eweiss@martensonlaw.com

> Application granted.
> SO ORDERED.
>                 /s/ John G. Koeltl
> New York, New York    John G. Koeltl
> February 17, 2021          U.S.D.J.