# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

| | |
|---|---|
| **Abdul K. Hassan, Esq.** | Tel: 718-740-1000 |
| Email: abdul@abdulhassan.com | Fax: 718-740-2000 |
| *Employment and Labor Lawyer* | Web: www.abdulhassan.com |

March 2, 2021

**Via ECF**

Hon. John G. Koeltl, USDJ
United States District Court, SDNY
500 Pearl Street, Courtroom: 12B
New York, NY 10007-1312
Tel: 212-805-0222

<u>Re: Wells v. Universal Protection Service, LLC</u>
Case No. 20-CV-07041 (JGK)(SLC)
Motion for Extension of Time

Dear Judge Koeltl:

     My firm represents plaintiff in the above-referenced action, and I respectfully write to request a brief one-week extension of the March 2, 2021 deadline for plaintiff to file her motion for approval. This request is being made because some additional time is needed to finalize the settlement papers. One prior request for an extension of this deadline was made and granted.

     We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

_/s/ Abdul Hassan_____
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

> Application granted.
> SO ORDERED.
>                                    /s/ John G. Koeltl
> New York, New York        John G. Koeltl
> March 3, 2021                    U.S.D.J.

**cc:**     **Defense Counsel via ECF**