# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~~

**Abdul K. Hassan, Esq.**                                                              Tel: 718-740-1000
Email: abdul@abdulhassan.com                               Fax: 718-740-2000
*Employment and Labor Lawyer*                             Web: www.abdulhassan.com

<div align="center">March 9, 2021</div>

**Via ECF**

Hon. John G. Koeltl, USDJ
United States District Court, SDNY
500 Pearl Street, Courtroom: 12B
New York, NY 10007-1312
Tel: 212-805-0222

<div align="center">

<u>Re: Wells v. Universal Protection Service, LLC</u>
Case No. 20-CV-07041 (JGK)(SLC)
Motion for Extension of Time

</div>

Dear Judge Koeltl:

      My firm represents plaintiff in the above-referenced action, and I respectfully write to request a brief two-week extension of the March 9, 2021 deadline for plaintiff to file her motion for approval. This request is being made because some additional time is needed to finalize the settlement papers. We do not anticipate any further extensions. Two prior requests for an extension of this deadline were made and granted.

      We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**cc:**     **Defense Counsel via ECF**

---

Application granted.
SO ORDERED.

                                      /s/ John G. Koeltl
New York, New York       John G. Koeltl
March 10, 2021               U.S.D.J.